In re estate of William R. Anderson, deceased.

Frances M. Givens, claimant and appellee, v. George F. Anderson, administrator, appellant. Gen. No. 26,482.

Claim against an estate in probate court for money loaned. Claim disallowed. Judgment for claimant in circuit court on appeal. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and remanded. Morrill, J.,

took no part in the decision of this case. Opinion filed February 14, 1922.

Donald L. Morrill and Anderson & Anderson, for appellant. M. L. Carmody, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.